UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN GERTHELIA REDD-OYEDELE, <br><br> Plaintiff, <br><br> v. <br><br> SANTA CLARA COUNTY OFFICE OF EDUCATION, et al., <br><br> Defendants. | Case No. 20-cv-00912-SVK <br><br> **ORDER REGARDING JOINT STATEMENT AND SETTING DISCOVERY HEARING** <br><br> Re: Dkt. Nos. 55, 56 |

The Court is in receipt of the Parties' Joint Submission at Dkt. 56.  Unfortunately, the submission refers to, but does not include, Exhibit 1, the requisite chart.  Plaintiff is directed to file the chart on ECF and, if available, to submit as a Word document to SVKCRD@cand.uscourts.gov by **noon on October 8, 2021**.

The Court will hold an in-person hearing on this matter on **Thursday, October 14 at 1:30 pm.** in Courtroom 6 at 280 S. First St., San Jose, CA.  Parties and counsel who intend to appear are directed to provide their vaccination status by email to SVKCRD@cand.uscourts.gov by **October 8, 2021**.

Finally, the Court notes that there are a large number of disputed requests.  It is the Court's intention to address exemplar requests and objections to provide guidance to the Parties, then for the Parties to meet and confer in the courtroom to resolve remaining issues.  Accordingly, counsel appearing must have authority to compromise regarding Defendant's positions.

**SO ORDERED.**

Dated: October 1, 2021

SUSAN VAN KEULEN
United States Magistrate Judge