UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN GERTHELIA REDD-OYEDELE,<br><br>Plaintiff,<br><br>v.<br><br>SANTA CLARA COUNTY OFFICE OF EDUCATION, et al.,<br><br>Defendants. | Case No. 20-cv-00912-SVK<br><br>**ORDER FOLLOWING OCTOBER 14, 2021 DISCOVERY HEARING**<br><br>Re: Dkt. Nos. 56, 58, 59, 60 |

The Court held an in-person hearing on October 14, 2021 regarding the Parties' disputes over Defendant's responses to written discovery. The Court's rulings on the discovery disputes are set forth in Exhibit A. The Court also **ORDERS** as follows:

1. Where the Court has ordered Defendant to provide further verified discovery responses and document production, those items must be provided to Plaintiff by **October 28, 2021.**

2. If, following robust and good faith meet and confer efforts, any discovery disputes remain unresolved, the parties must file a joint statement (including a joint chart) as required under the undersigned's Civil and Discovery Referral Matters Standing Order no later than **November 12, 2021.** If the Court deems it necessary, it will hold a further in-person discovery hearing on **November 18, 2021 at 1:30 p.m.** If deemed necessary by the Court, the person(s) who verify Defendant's further discovery responses will be required to attend the hearing in person.

3. All deadlines for discovery and expert disclosures set forth in Dkt. 45 are extended by **45 days**. All other case deadlines as set forth in Dkt. 45 remain in place.

4. Defendant must promptly prepare and send to Plaintiff for her review a draft

1  protective order based on this District's model protective order for standard
2  litigation.  The Parties are to promptly file either (1) a stipulated protective order
3  accompanied by a redline version showing changes from this District's model
4  protective order, or (2) a joint discovery statement regarding any disputes regarding
5  the protective order accompanied by a single redline version of the protective order
6  showing each Party's proposal with respect to each disputed provision.

**SO ORDERED.**

Dated: October 14, 2021

SUSAN VAN KEULEN
United States Magistrate Judge