UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN GERTHELIA REDD-OYEDELE,<br><br>Plaintiff,<br><br>v.<br><br>SANTA CLARA COUNTY OFFICE OF EDUCATION, et al.,<br><br>Defendants. | Case No. 20-cv-00912-SVK<br><br>**ORDER ON DISCOVERY SUBMISSION**<br><br>Re: Dkt. No. 65 |

Plaintiff presents a dispute regarding accessibility of documents that were produced electronically. Dkt. 65. It is puzzling to the Court that the Parties could not work out this issue to an obvious solution. It is equally puzzling as to why Defendant did not contribute to the submission as required by this Court's Order. Dkt. 62.

Accordingly, Defendant is **ORDERED** to print the responsive documents and to hand deliver them to Plaintiff by 5 p.m. on November 16, 2021, and to promptly file a confirmation of delivery with the Court. The hearing currently scheduled for November 18, 2021 will be continued to November 23, 2021 at 10 a.m., if necessary, to address any remaining issues regarding the document production. The hearing will proceed by video. If the Parties agree that there are no issues for the Court, they are to notify the court room deputy at SvKCRD@cand.uscourts.gov by 5 p.m. on November 22, 2021.

**SO ORDERED.**

Dated: November 15, 2021

SUSAN VAN KEULEN
United States Magistrate Judge