UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN GERTHELIA REDD-OYEDELE, <br><br> Plaintiff, <br><br> v. <br><br> SANTA CLARA COUNTY OFFICE OF EDUCATION, et al., <br><br> Defendants. | Case No.  20-cv-00912-SVK <br><br> **ORDER FOLLOWING NOVEMBER 23, 2021 DISCOVERY HEARING** |

The Court held a discovery hearing on November 23, 2021.  As discussed at the hearing:

1. The fact discovery cutoff is **November 29, 2021**.  Dkt. 45, 62.  A joint statement regarding any discovery disputes that remain unresolved after meet and confer is due by **December 6, 2021**.  Civil L.R. 37-3.

2. The Court grants Plaintiff leave to serve deposition notices **today.**  All depositions to be completed by **December 10, 2021** unless otherwise agreed by the Parties.

**SO ORDERED.**

Dated: November 23, 2021

_____
SUSAN VAN KEULEN
United States Magistrate Judge