UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN GERTHELIA REDD-OYEDELE,<br><br>Plaintiff,<br><br>v.<br><br>SANTA CLARA COUNTY OFFICE OF EDUCATION, et al.,<br><br>Defendants. | Case No. 20-cv-00912-SVK<br><br>**ORDER FOLLOWING DECEMBER 21, 2021 DISCOVERY HEARING**<br><br>Re: Dkt. Nos. 70, 72, 75, 76 |

The Court held a discovery hearing by Zoom on December 21, 2021. For the reasons discussed at the hearing, the Court **ORDERS** as follows:

1. **Plaintiff's Motion to Compel (Dkt. 72):** At issue are various Requests for Production ("RFPs") in Plaintiff's first and second sets of RFPs.

    a. **RFPs (Set One):**

      i. Defense counsel is to promptly re-send his December 2, 2021 email to Plaintiff.

      ii. **RFP No. 4**: Defendant must confirm production or produce documents identified in Dkt. 72-4 **by January 7, 2021**.

      iii. **RFP No. 24**: Defendant is unable to produce the seniority list for 2019. Defendant to prepare stipulation of fact as to Plaintiff's seniority position in 2019 and the seniority position of the person who was selected for the position for which Plaintiff applied. Pursuant to agreement of the Parties, Defendant to file the stipulation with the Court **no later than January 7, 2022**.

///

       iv. For the reasons discussed at the hearing, Defendant's objections to the other disputed RFPs are sustained and no further response is required.

   b. **RFPs (Set Two):** For the reasons discussed at the hearing, Defendant's objections to the disputed RFPs are sustained and no further response is required.

2. **Deposition Scheduling (Dkt. 75 and 76):**

   a. The Plaintiff's deposition will be taken by video on **January 12, 2022.** Defendant to confirm start time with Plaintiff.

   b. By **December 30, 2021**, Defendant will file a motion for protective order regarding the written deposition questions proposed by Plaintiff. Plaintiff may respond to the motion by **January 6, 2022**. The Court will rule on the motion and will set a schedule for the remaining depositions, if any.

   c. By **December 30, 2021,** Defendant must file a response stating (1) whether SCCOE will produce former employee witnesses Marilyn Derouen, Patricia Blanson, and/or Jennifer Del Bono in response to deposition notices that have been served by Plaintiff; or (2) if defense counsel cannot obtain this information by the deadline, a date certain no later than **January 7, 2022** when Defendant will be able to provide a response to this question.

3. **Request to Extend Discovery Cutoff (Dkt. 70):** Denied except as to the issues addressed in this Order.

**SO ORDERED.**

Dated: December 22, 2021

_____
SUSAN VAN KEULEN
United States Magistrate Judge

2