1

2                      UNITED STATES DISTRICT COURT

3                    NORTHERN DISTRICT OF CALIFORNIA

4

5   ANN GERTHELIA REDD-OYEDELE,            Case No.  20-cv-00912-SVK

6              Plaintiff,

7        v.                               **ORDER FOLLOWING JANUARY 18,
                                          2022 STATUS AND DISCOVERY
8   SANTA CLARA COUNTY OFFICE OF          CONFERENCE**
    EDUCATION, et al.,
9                                         Dkt. No. 82
             Defendants.
10

11        The Court held a status conference and hearing on Defendant's motion for protective order

12   (Dkt. 82) via Zoom on January 18, 2022.  For the reasons discussed at the hearing, the Court

13   **ORDERS** as follows:

14              **Depositions Noticed or Requested by Plaintiff**

15        •   Defendant's motion for a protective order prohibiting Plaintiff from proceeding

16            with the depositions of former SCCOE employees Marilyn Derouen, Patricia

17            Blanson, and Jennifer Del Bono is **GRANTED**.

18        •   The Court **ORDERS** as follows on Plaintiff's proposed written deposition

19            questions to Marissa Perry (Dkt. 87-9):

20                 o   Questions 1-16, 18-19, 32-33, and 36-40 are allowed.

21                 o   Questions 17, 20-31, 34-35, and 41-45 are stricken and may not be posed at

22                     deposition.

23        •   The Court **ORDERS** as follows on Plaintiff's proposed written deposition

24            questions to Anita Maharaj (Dkt. 87-11):

25                 o   Questions 1-13, 15-16, 21-22, 25-26, and 28 are allowed.

26                 o   Questions 14, 17-20, 23-24, 27, and 29-33 are stricken and may not be

27                     posed at deposition.

28

United States District Court
Northern District of California

- Defendant may file and serve objections to the allowed deposition questions of Ms. Perry and Ms. Maharaj, as well as proposed cross-examination questions, as provided in Fed. R. Civ. P. 31 by **January 25, 2022.**  As the proposed deposition questions have already been modified by Plaintiff and by the Court, the Court finds that no additional Rule 31 exchanges are warranted.  Accordingly, the Court will promptly rule on Defendant's objections and proposed questions.

- The Parties are to meet and confer this week regarding dates and times for the depositions of Ms. Perry and Ms. Maharaj to occur between January 31 and February 11, 2022.

- Plaintiff's request to take her own deposition by written questions is **DENIED.** Plaintiff's request to take the deposition of additional third parties is **DENIED**. These requests are untimely because fact discovery, except for the two depositions noted above, is closed, and the Court has already extended the deadline for discovery multiple times in deference to Plaintiff's pro se status.

## Case Schedule

The Court **ORDERS** the following modifications to the case schedule

| Event | New Deadline |
|---|---|
| Deadline to file dispositive motions | March 8, 2022 |
| Hearing on dispositive motions | April 12, 2022 |
| Pretrial filings due (*see* the undersigned's Civil Pretrial Standing Order) | May 19, 2022; May 26, 2022 |
| Pretrial Conference | June 2, 2022 |
| TRIAL | June 13, 2022 |

## Other Issues

- The Parties' previously-signed stipulation regarding the seniority list is to be promptly filed with the Court.

**SO ORDERED.**

Dated: January 18, 2022

SUSAN VAN KEULEN
United States Magistrate Judge

United States District Court
Northern District of California